AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Ruben Alejandro Flores-Alcala  *PRINCIPAL* | |
| YOB:  1994 | Case Number: |
| Mexico | M-16-1202-M |

United States District Court
Southern District of Texas
FILED

JUN 2 3 2016

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2016__ in __Starr__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Roger Ivan Hernandez-Hernandez and Cruz Sac-Sac, citizens of Guatemala, along with nine (9) other undocumented aliens, for a total of eleven (11), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Escobares, Texas to the point of arrest near Escobares, Texas,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ **FELONY**

I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On June 21, 2016, at approximately 6:15 pm, Border Patrol Agent J. Cole, who was working Alpha 5, (blimp mounted camera system) spotted a group of people running along Porteleza Avenue in Escobares, Texas. Portalez Avenue is approximately 150 yards north of the Rio Grande River, and is commonly used to pick up illegal aliens.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

Approved  Joseph Leonard
Sworn to before me and subscribed in my presence,

Jon Chan                                   Senior Patrol Agent
Printed Name of Complainant

June 23, 2016                         at   McAllen, Texas
Date                                        City and State

Dorina Ramos          , U. S. Magistrate Judge      Dorina Ramos
Name and Title of Judicial Officer           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16-1202-M

RE:     Ruben Alejandro Flores-Alcala

**CONTINUATION:**

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

**1-** Roger Ivan Hernandez-Hernandez, a citizen of Guatemala, stated he illegally crossed the Rio Grande River. Hernandez told agents he was charged $5,000 (USD) to be smuggled into the United States. After crossing the river, the foot guide told the group a vehicle would be waiting for them. When they arrived at a street, the guide told them to board the vehicle. According to Hernandez, he could not identify the driver's face, but did say that driver exited the van and started walking when he saw Border Patrol.

**2-** Cruz Sac-Sac, a citizen of Guatemala, stated he illegally entered the United States. Sac told agents he was charged $5,000 (USD) to be smuggled into the United States. Sac stated he and the group followed a guide for approximately 25 minutes, until they reached a road. The guide then instructed them to board a large van-type vehicle that was there waiting for them. After the group boarded, the driver of the van drove for approximately 2 minutes before he abruptly stopped and exited the vehicle. Sac could not identify the driver's face due to how quickly everything happened.